IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| EVOLVED INGENUITY, LLC, a Texas limited liability company, and WILLIAM H. FARGASON, III<br><br>Plaintiffs,<br><br>vs.<br><br>NEW BUFFALO CORPORATION, a Missouri corporation,<br><br>Defendant. | Case No. 2:13-CV-00681-JRG-RSP<br><br><br><br><br><br>JURY TRIAL DEMANDED |

## JOINT MOTION TO DISMISS WITH PREJUDICE

**TO THE HONORABLE JUDGE OF SAID COURT:**

COME NOW Plaintiffs, EVOLVED INGENUITY, LLC, a Texas limited liability company, and WILLIAM H. FARGASON, III ("Plaintiffs"), and Defendant, NEW BUFFALO CORPORATION, a Missouri corporation, ("Defendant") (Plaintiffs and Defendants are hereinafter referred to collectively as the "Parties"), in the above-numbered and entitled cause of action, to file this Joint Motion to Dismiss with Prejudice, and as grounds therefore would respectfully show the Court as follows:

1.0   The Parties have reached a compromise settlement of all claims, causes of action, and counterclaims in this case.

1.1   Plaintiffs and Defendant no longer wish to continue to prosecute the causes of action in this case, which have all been settled.

1.2   Pursuant to the compromise settlement agreement between the Parties, the Parties have agreed that this case in its entirety should be dismissed with prejudice and hereby move the Court to dismiss this cause with prejudice.

1.3   All fees and costs are to be taxed to the party having incurred same.

### Prayer

WHEREFORE, PREMISES CONSIDERED, Plaintiffs, EVOLVED INGENUITY, LLC and WILLIAM H. FARGASON, III, and Defendant, NEW BUFFALO CORPORATION, pray that the Court grant this motion and dismiss this cause in its entirety with prejudice to re-filing.  Plaintiffs and Defendant further pray that all fees and costs be taxed to the party incurring same.  Finally, Plaintiffs and Defendant pray for general and such other relief, at law or in equity, to which they may show themselves justly entitled.

Respectfully submitted,                                       Respectfully submitted,

/s/ Daniel L. Bates                                            /s/ John M. Challis
Daniel L. Bates                                                Graham L.W. Day, MO 45687
State Bar No. 01899900                                         gday@polsinelli.com
dbates@deckerjones.com                                         John M. Challis, MO 56751
Geoffrey A. Mantooth                                           jchallis@polsinelli.com
State Bar No. 12957530                                         Robyn H. Ast-Gmoser, MO 59236
gmantooth@deckerjones.com                                      Rast-gmoser@polsinelli.com
                                                               POLSINELLI PC
DECKER, JONES, MCMACKIN, MCCLANE,                              100 S. Fourth Street, Suite 1000
   HALL & BATES, P.C.                                          St. Louis, MO 63102
Burnett Plaza, Suite 2000                                      Telephone:  (314) 889-8000
801 Cherry Street, Mail Unit #46                               Telefax: (314) 231-1776
Fort Worth, Texas  76102-6836
(817) 336-2400 - phone                                         Jason D. Mazingo
(817) 332-3043 - fax                                           State Bar No. 24055925
                                                               jasonmazingo@potterminton.com
**ATTORNEYS FOR PLAINTIFFS**                                   POTTER MINTON, P.C.
                                                               500 Plaza Tower

Tyler, Texas 75702
Telephone: (903) 597-8311
Telefax: (903) 593-0846

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 19th day of June, 2014, the above and foregoing instrument is being electronically filed with the Clerk of Court for the United States District Court, Eastern District of Texas, using the electronic case filing system of the Court, which will send notification of such filing to the following counsel of record:

Graham L.W. Day
gday@polsinelli.com
John M. Challis
jchallis@polsinelli.com
Robyn H. Ast-Gmoser
Rast-gmoser@polsinelli.com
POLSINELLI PC
100 S. Fourth Street, Suite 1000
St. Louis, MO 63102
***Attorneys for Defendant***

Jason D. Mazingo
State Bar No. 24055925
jasonmazingo@potterminton.com
POTTER MINTON, P.C.
500 Plaza Tower
Tyler, Texas 75702
Telephone: (903) 597-8311
Telefax: (903) 593-0846
***Attorney for Defendant***

/s/ Daniel L. Bates
Daniel L. Bates